William M. Audet (SBN 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIRAJE HAJEBI, CHARLES LEE, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY; and McKESSON CORPORATION, <br><br> Defendants. | CASE NO: 3:06-cv-02420-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** <br><br> Hon. Jeffrey S. White |

-1-

Stip and Ord - Hajebi.wpd

Plaintiffs EIRAJE HAJEBI and CHARLES LEE (hereinafter collectively referred to as "Plaintiffs"), and Defendants Eli Lilly and Co., and McKesson Corp. (hereinafter collectively referred to as "Defendants"), by and through their counsel, stipulate to and request a stay of all proceedings in this action pending the transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL No. 1596.

This stipulation is applicable solely to Plaintiffs EIRAJE HAJEBI and CHARLES LEE's cases, and shall have no effect on any future proceedings in Plaintiffs' cases, or any other case between Plaintiffs' counsel and Defendants. Based on the forgoing, the parties respectfully request that the Court stay this action pending transfer to MDL No. 1596.

DATED: May 9, 2006                ALEXANDER, HAWES & AUDET, LLP

By _____
Joshua C. Ezrin, Esq.
Attorneys for Plaintiffs

DATED: May 9, 2006                REED SMITH, LLP

By _____
James M. Neudecker, Esq.
Attorneys for Defendants

**ORDER**

Having considered the forgoing stipulation and good cause appearing therefore, IT IS SO ORDERED that this action is stayed pending transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL No. 1596. Defendants' Motion to Stay and Plaintiffs' Motion to Remand, scheduled to be heard on May 26, 2006, are now off calendar.

DATED: May 11, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stip and Ord - Hajebi.wpd

-2-